1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9

10

11

12

13

14

Vickey Sarantis, a single woman

        Plaintiff,

v.

ADP, Inc., a foreign corporation, Kenneth
Olden and Cecelia Olden, husband and wife,

        Defendants.

Case No. 2:06-cv-02153-PHX DGC

**CONFIDENTIALITY ORDER**

15

16

17

18

      The parties have stipulated by means of a Joint Motion to the entry of the following Confidentiality Order, which the Court hereby approves.  This Order is intended to protect certain confidential, proprietary, and/or otherwise private information.

19

20

21

22

23

      1.     Any party in this Matter (the "designating party") shall have the right to designate as CONFIDENTIAL any material that it believes, in good faith, contains or represents confidential personal, medical, financial, proprietary, competitive, trade secret or other sensitive information that the designating party normally would not reveal to third parties or that the designating party would require third parties to maintain in confidence.

24

25

      2.     All CONFIDENTIAL information shall be used solely for the purposes of the litigation of this action and for no other purpose.

26

27

28

      3.     Except as set forth herein, CONFIDENTIAL information and any summaries, charts, or notes made therefrom, and any facts or information solely contained therein or solely derived therefrom, shall be disclosed only to the Court and/or to:

1       (a)     The parties to this action;

2       (b)     Counsel for the parties to this action and their agents, employees,

3   paralegals, or other secretarial and clerical employees or agents;

4       (c)     Stenographic reporters who are involved in depositions, the trial, or any

5   hearings or proceedings in this action;

6       (d)     Experts, independent contractors, consultants, or advisers who are

7   employed or retained by, or on behalf of, one or more of the parties or their counsel to assist

8   in the litigation of this action;

9       (e)     Deponents and their counsel who have a need to review this material

10  during the course of, or in connection with, depositions taken on or for the litigation of this

11  action; and

12      (f)     Witnesses in this action who need to review CONFIDENTIAL

13  information in connection with their testimony in this action.

14      4.      Only the following persons or categories of persons at ADP, Inc. ("ADP")

15  shall have access to CONFIDENTIAL materials designated by a party to this action other

16  than ADP: (a) its CEO and CFO; (b) its national and regional HR directors and assistant

17  directors, (c) only those other corporate officers and directors who are directly involved in

18  decision making relative to this lawsuit, (d) those corporation employees who are employed

19  in ADP's national and regional law departments, (e) and ADP's local management. All ADP

20  personnel who have access to CONFIDENTIAL materials designated by a party other than

21  ADP will sign Exhibits A and B.

22      5.      Other than those persons referred to in subparagraphs 3(a), 3(b), 3(c), and 3(d)

23  above, and subject to paragraph 4, each person to whom CONFIDENTIAL information is

24  made available must sign a declaration in the form attached as Exhibit A agreeing not to

25  disclose or use the CONFIDENTIAL information except in accord with the terms of this

26  Stipulation and Order.  Alternatively, a deponent may confirm on the record under oath his

27  or her agreement to comply with the terms of this Order.

28

-2-

1        6.      A party may apply to the Court for a ruling that material or a document (or

2   category of documents) identified by another party as confidential is not entitled to such

3   status and protection.  The party who designated the material or document as confidential

4   shall be given notice of the application and an opportunity to respond.  To maintain

5   confidential status, the proponent of confidentiality must show by a preponderance of the

6   evidence that there is good cause for the material or document to have such protection.

7        7.      Failure to designate material as CONFIDENTIAL shall not preclude any party

8   or third party from later designating the material CONFIDENTIAL.  A party or third party

9   may designate previously produced material CONFIDENTIAL that he/she inadvertently

10  failed to designate initially through written notice to counsel of record for the receiving party

11  or  parties.    The  designating  party  shall  supply  copies  of  the  material  marked

12  CONFIDENTIAL.

13       8.      The termination of proceedings in this action shall not relieve the parties of the

14  obligation of maintaining the confidentiality of all CONFIDENTIAL information produced

15  and designated pursuant to this Stipulation and Order, unless the Court orders or permits

16  otherwise.

17       9.      Upon the final disposition of this action, the attorneys for the parties shall,

18  upon request made therefore by the producing party, promptly return to the producing party

19  all documents containing CONFIDENTIAL information and all copies made thereof, and

20  sign a certification in the form attached as Exhibit B.

21       Dated this 26th day of February, 2007.

22

23

24                                                   _____

25                                                   David G. Campbell
                                                     United States District Judge

26

27

28

-3-

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                            FOR THE DISTRICT OF ARIZONA
8
   Vickey Sarantis, a single woman            Case No. 2:06-cv-02153-PHX DGC
9
                 Plaintiff,
10                                             **DECLARATION**
   v.
11
   ADP, Inc., a foreign corporation, Kenneth
12 Olden and Cecelia Olden, husband and wife,
13               Defendants.
14
15        The undersigned hereby acknowledges that he/she has read the Confidentiality Order
16 dated _____, and agrees to follow the terms of the Court's Order.
17
   _____          _____
18 Date                            Signature
19
20 COPY of the foregoing mailed this
   ___ day of _____, 200__ to:
21
22
23 _____
24
25
26
27
28
                                    **EXHIBIT A**

1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9    Vickey Sarantis, a single woman          Case No. 2:06-cv-02153-PHX DGC

            Plaintiff,

10                                            **CERTIFICATION**

     v.

11

     ADP, Inc., a foreign corporation, Kenneth
12   Olden and Cecelia Olden, husband and wife,

13          Defendants.

14

15        Pursuant to the Confidentiality Order dated _____, I hereby certify that all

16   material designated CONFIDENTIAL that is in my possession, including all copies of such

17   material, was returned to the person who provided said material.

18

19   _____            _____

20   Date                                Signature

21

22   COPY of the foregoing mailed this
23   ___ day of _____, 200__ to:

24

25   _____

26

27

28
                              **EXHIBIT B**