**EXHIBIT 3**

| | |
|---|---|
| From: | Sarantis, Vickey </o=ADP/ou=ES/cn=Site Containers/cn=MajorAccts/cn=Vickey_Sarantis> |
| To: | Olden, Ken </o=ADP/ou=ES/cn=Site Containers/cn=MajorAccts/cn=ken_olden> |
| Subject: | RE: You can run |
| Created: | 09/28/04 05:34:17PM |
| Sent: | 09/28/04 05:35:39PM |
| Additional Fields: | • |
| Folder: | Sent Items |
| Entry Path: | untitled\DATA\MY Documents\SarantiV.pst\PST Volume\Root folder\Top of Personal Folders\Sent Items\RE: You can run |

Your shape looks fine to me............ (**very fine**)!!!!!!!!!!!!!!!!!

-----Original Message-----
From:       Olden, Ken
Sent:       Tuesday, September 28, 2004 4:23 PM
To:         Sarantis, Vickey
Subject:    RE: You can run

I recommend coming out of hiding.
I was the number 1 kid in my neighborhood when it came to hide and seek.
Don't hide.

To your first message, I will need to get in better shape.

-----Original Message-----
From:       Sarantis, Vickey
Sent:       Tuesday, September 28, 2004 2:30 PM
To:         Olden, Ken
Subject:    RE: You can run

Actually,

I take my previous statement back.  What I really wanted to say is ..... **for both of our own good you'd better hope I don't come out of hiding!!!!!!!!!**

B

-----Original Message-----
From:       Olden, Ken
Sent:       Tuesday, September 28, 2004 2:04 PM
To:         Sarantis, Vickey
Subject:    You can run

but you cant hide

Ken Olden

Sarantis/ADP 0989

| | |
|---|---|
| From: | Sarantis, Vickey |
| Sent: | Tuesday, September 28, 2004 2:20 PM |
| To: | Olden, Ken |
| Subject: | RE: You can run |

For your own health sake, you'd better hope I don't come out of hiding.

CONFIDENTIAL

Sincerely,
Biscuit

>   -----Original Message-----
>   **From:** Olden, Ken
>   **Sent:** Tuesday, September 28, 2004 2:04 PM
>   **To:** Sarantis, Vickey
>   **Subject:** You can run
>
>   but you cant hide
>
>   Ken Olden

1

Sarantis/ADP 1206