**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickey Sarantis, a single woman, ) | No. CV-06-2153-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ADP, Inc., a foreign corporation, ) | |
| Defendant. ) | |

Plaintiff has filed motions for permission to file under seal her statements of facts in opposition to Defendant's motion for summary judgment. Dkt. ##94, 96. The Court will deny the motions.

Plaintiff seeks to file her entire statements of facts under seal pursuant to the Court's confidentiality order dated February 26, 2007. Dkt. #24. While that order permits the parties to designate, in good faith, certain documents as confidential, it does not specifically address the issue of filing documents with the Court under seal. *See id.*

Two standards generally govern requests to seal documents. "First, a 'compelling reasons' standard applies to most judicial records." *Pintos v. Pac. Creditors Ass'n*, 504 F.3d 792, 801 (9th Cir. 2007) (citing *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003)). "This standard derives from the common law right 'to inspect and copy public

records and documents, including judicial records and documents.'" *Id.* (quoting *Kamakana*, 447 F.3d at 1178) (alteration and internal citations omitted).

The second standard applies to discovery materials. "'Private materials unearthed during discovery' are not part of the judicial record." *Id.* (quoting *Kamakana*, 447 F.3d at 1180) (alteration omitted). The "good cause" standard set forth in Rule 26(c) of the Federal Rules of Civil Procedure applies to this category of documents. *See id.*; *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1103 (9th Cir. 1999). This standard also applies to documents attached to non-dispositive motions because those documents are often "'unrelated, or only tangentially related, to the underlying cause of action.'" *Phillips v. G.M. Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002); *see Pintos*, 504 F.3d at 802.

Documents attached to dispositive motions are governed by the compelling reasons standard. *See San Jose Mercury News*, 187 F.3d at 1102; *Foltz*, 331 F.3d at 1136. This standard applies because the resolution of a dispute on the merits "is at the heart of the interest in ensuring the 'public's understanding of the judicial process and of significant public events.'" *Kamakana*, 447 F.3d at 1179 (citation omitted).

Plaintiff has not demonstrated a compelling reason to seal her entire statements of facts. The Court will therefore deny the motions to seal. Plaintiff may seek to file individual documents under seal if Plaintiff can meet the compelling reasons standard with respect to each individual document.

**IT IS ORDERED** that Plaintiff's motions for permission to seal and file documents (Dkt. ##94, 96) are **denied**.

DATED this 11th day of February, 2008.

_____
David G. Campbell
United States District Judge