UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickey Sarantis, a single woman<br><br>            Plaintiff,<br><br>v.<br><br>ADP, Inc., a foreign corporation<br><br>            Defendant. | Case No. 2:06-CV-02153-PHX-DGC<br><br>**DEFENDANT'S JUROR INTERROGATORIES AND VERDICT FORM** |

### Sexual Harassment Claim

1.  Did Plaintiff prove by a preponderance of the evidence that she was subjected to sexual advances, requests for sexual conduct, or other verbal or physical conduct of a sexual nature?

    Yes _____          No     _____

    If your answer to Question 1 is "Yes," please proceed to Question 2.  If your answer to Question 1 is "No," please proceed to page 3 and indicate your verdict in favor of Defendant on Plaintiff's sexual harassment claim.

2.  Did Plaintiff prove by a preponderance of the evidence that the conduct was unwelcome?

    Yes _____          No     _____

If your answer to Question 2 is "Yes," please proceed to Question 3. If your answer to Question 2 is "No," please proceed to page 3 and indicate your verdict in favor of Defendant on Plaintiff's sexual harassment claim.

3. Did Plaintiff prove by a preponderance of the evidence that the conduct was sufficiently severe or pervasive to alter the conditions of her employment and create a sexually abusive or hostile work environment?

Yes _____      No   _____

If your answer to Question 3 is "Yes," please proceed to Question 4. If your answer to Question 3 is "No," please proceed to page 3 and indicate your verdict in favor of Defendant on Plaintiff's sexual harassment claim.

4. Did Plaintiff prove by a preponderance of the evidence that she perceived the working environment to be abusive or hostile?

Yes _____      No   _____

If your answer to Question 4 is "Yes," please proceed to Question 5. If your answer to Question 4 is "No," please proceed to page 3 and indicate your verdict in favor of Defendant on Plaintiff's sexual harassment claim.

5. Did Plaintiff prove by a preponderance of the evidence that a reasonable person in the Plaintiff's circumstances would consider the working environment to be abusive or hostile?

Yes _____      No   _____

If your answer to Question 5 is "Yes," please proceed to Question 6. If your answer to Question 5 is "No," please proceed to page 3 and indicate your verdict in favor of Defendant on Plaintiff's sexual harassment claim.

6. Did Plaintiff prove by a preponderance of the evidence that she suffered a

LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

1  tangible employment action as a result of the harassment?

2           Yes _____        No    _____

3       If your answer to Question 6 is "Yes," please proceed to the Verdict below and
4  indicate a verdict in favor of Plaintiff on her sexual harassment claim. If your answer to
5  Question 6 is "No," please proceed to Question 7.

6

7       7.    Did Defendant prove by a preponderance of the evidence that it exercised
8  reasonable care to prevent and promptly correct the sexually harassing behavior and the
9  Plaintiff unreasonably failed to take advantage of any preventative or corrective opportunities
10 provided by the employer or unreasonably failed to otherwise avoid harm?

11          Yes _____        No    _____

12      If your Answer to Question 7 is "Yes," please proceed to the Verdict below and
13 indicate a verdict in favor of Defendant on Plaintiff's sexual harassment claim. If your
14 Answer to Question 7 is "No," please proceed to the Verdict below and indicate a verdict in
15 favor of Plaintiff on her sexual harassment claim.

16

17                    **VERDICT FORM FOR SEXUAL HARASSMENT CLAIM**

18 **Question 1:** On Plaintiff's sexual harassment claim, we find in favor of:

19
20          Plaintiff _____     or    Defendant _____

21 .

22              **ONCE YOU RENDER YOUR VERDICT ON THE CLAIM OF SEXUAL**

23              **HARASSMENT, PLEASE PROCEED TO PAGE 4.**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

Retaliation Claim

8. Has Plaintiff proved by a preponderance of the evidence that she suffered an adverse employment action because she engaged in a protected activity?

Yes _____    No _____

If your answer to Question 8 is "Yes," please proceed to the Verdict below and indicate a verdict in favor of Plaintiff on her retaliation claim. If your answer to Question 8 is "No," please proceed to the Verdict below and indicate a verdict in favor of Defendant on Plaintiff's retaliation claim.

**VERDICT FORM FOR RETALIATION**

**Question 2:** On Plaintiff's claim that Defendant retaliated against her for engaging in protected activity, we find in favor of:

Plaintiff _____    or    Defendant _____

**IF YOU FOUND IN FAVOR OF PLAINTIFF ON EITHER CLAIM (SEXUAL HARASSMENT _OR_ RETALIATION), PLEASE PROCEED TO THE FOLLOWING PAGE TO AWARD DAMAGES. AN AWARD OF DAMAGES, IF ANY, SHOULD NOT INCLUDE AN AWARD OF ATTORNEYS' FEES. ANY ATTORNEYS' FEES ARE DETERMINED BY THE COURT.**

**IF YOU FOUND FOR DEFENDANT ON BOTH CLAIMS (SEXUAL HARASSMENT _AND_ RETALIATION), PROCEED TO THE LAST PAGE (PAGE 6), SIGN AND RETURN THE VERDICT.**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-4-

<u>Damages (if applicable)</u>

9. What amount of damages, if any, should be awarded to Plaintiff for the following:

   Mental and emotional pain and suffering:

   $_____  [State the amount, or, if none, write the word "none."]

<u>Punitive Damages (if applicable)</u>

10. Has Plaintiff proved by a preponderance of the evidence that Defendant acted with malice or reckless indifference to Plaintiff's federal rights?

   Yes _____     No    _____

If your answer to Question 10 is "Yes," please proceed to Question 11. If your answer is "No," do not answer any further questions, proceed to the last page (page 6), and sign and return the verdict form.

11. Has Defendant proved by a preponderance of the evidence that it made good faith efforts to comply with federal anti-discrimination laws and that the individuals who discriminated against Plaintiff acted in a manner contrary to Defendant's efforts to comply?

   Yes _____     No    _____

If your answer to Question 11 is "Yes," do not answer any further questions, proceed to the last page (page 6), and sign and return the verdict form. If your answer to Question 11 is "No," proceed to Question 12.

12. What is the amount of punitive damages, if any, you assess against Defendant?

   $ _____  [State the amount or, if none, write the word "none."]

**PLEASE PROCEED TO THE LAST PAGE (PAGE 6), SIGN AND RETURN THE VERDICT.**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

## Signature and Date

_____          _____
Foreperson number                                        Date

Firmwide:85119519.1 047374.1009

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600