**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickey Sarantis, a single woman,        )<br>                                                         )<br>          Plaintiff,                            )<br>                                                         )<br>vs.                                                   )<br>                                                         )<br>ADP, Inc., a foreign corporation,    )<br>                                                         )<br>          Defendant.                         )<br>_____ ) | No. CV-06-2153-PHX-LOA<br><br>**ORDER** |

In the exercise of its wide discretion,

**IT IS ORDERED** that Defendant file a Reply to Plaintiff's Response to Defendant's Motion *In Limine* Regarding Undisclosed Witnesses, docket # 111, on or before **Friday, August 22, 2008**.

DATED this 18th day of August, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge