**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickey Sarantis, a single woman,      )<br>                                                       )<br>         Plaintiff,                             )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>ADP, Inc., a foreign corporation,    )<br>                                                       )<br>         Defendant.                         )<br>_____ ) | No. CV-06-2153-PHX-LOA<br><br>**ORDER** |

      This case arises on Defendant's Request for Amendment to Final Pretrial Order. (docket # 158)

      **IT IS ORDERED** that before the Court rules on Defendant's Request for Amendment to Final Pretrial Order, Defendant shall lodge by **Wednesday, December 3, 2008** its proposed order amending, *nunc pro tunc* to November 12, 2008, only section G of the Final Pretrial Order, consistent with the Court's September 15, 2008 Order, docket #151, and section A of the Final Pretrial Order by adding Robin Harrison as co-counsel for Defendant. See, LRCiv 7.1(b)2).

      **IT IS FURTHER ORDERED** that Plaintiff shall file her response within **seven (7) calendar days** of Defendant's lodging the proposed order.

      DATED this 24th day of November, 2008.

Lawrence O. Anderson
United States Magistrate Judge