**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Vickey Sarantis, a single woman, | ) | No. CV-06-2153-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ADP, Inc., a foreign corporation, | ) | |
| Defendant. | ) | |

There being no objection to Defendants' Request for Amendment to Final Pretrial Order, docket # 158, and good cause appearing,

**IT IS ORDERED** that Defendants' Request for Amendment to Final Pretrial Order, docket # 158, is **GRANTED**.

**IT IS FURTHER ORDERED** amending the Court's Final Pretrial Order, docket # 157, *nunc pro tunc*, to November 12, 2008, by adding the following:

    1. to section G thereof, consistent with the Court's Order on September 15, 2008, docket #151,

        a. Plaintiff's designations of trial witness Tom Reap's deposition: 18:8-19:18; 20:16-23 (Defendant's hearsay objection: sustained by the Court); 22:3-24; 23:12-14; 25:7-28:8; 29:12-19; 30:10-31:24 (Defendant's objections to 31:16-24 based on speculation: overruled by the Court),

        b. Defendant's Designations: 5:25-18:5

2. to section A thereof, Robin Harrison, Esq. as co-counsel for Defendant, consistent with the order granting his admission on June 11, 2008. (docket #135)

DATED this 9th day of December, 2008.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge