IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Vickey Sarantis,<br><br>          Plaintiff,<br><br>vs.<br><br>ADP, Inc.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 06-2153 PHX SRB<br><br>Verdicts |