```
                    FILED      ____ LODGED
            ____ RECEIVED      ____ COPY

                    JAN 1 6 2009

            CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
            BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickey Sarantis,<br><br>   Plaintiff,<br><br>vs.<br><br>ADP, Inc.,<br><br>   Defendant. | No. CV 06-2153-PHX-SRB<br><br>**VERDICT #1**<br><br>*(Redacted - juror signature)* |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, on the Plaintiff's claim for sexual harassment, find as follows:

____   In favor of Plaintiff Vickey Sarantis

✓  In favor of Defendant ADP, Inc.

_____Juror #7_____          _____1/16/09_____
   (Presiding Juror)                  (Date)