```
X FILED        ___ LODGED
___ RECEIVED   ___ COPY

       JAN 1 6 2009

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickey Sarantis,<br><br>    Plaintiff,<br><br>vs.<br><br>ADP, Inc.,<br><br>    Defendant. | No. CV 06-2153-PHX-SRB<br><br>**VERDICT #2**<br><br>(Redacted - juror signature) |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, on the Plaintiff's claim for retaliation, find as follows:

___  In favor of Plaintiff Vickey Sarantis

✓  In favor of Defendant ADP, Inc.

_____Juror #7_____          _1/16/09_
(Presiding Juror)              (Date)