```
             FILED      ___ LODGED
             RECEIVED   ___ COPY

             JAN 1 6 2009

             CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
             BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickey Sarantis, | No. CV 06-2153-PHX-SRB |
| Plaintiff, | **VERDICT #3** |
| vs. | |
| ADP, Inc., | |
| Defendant. | |

If you found in favor of the Plaintiff in Verdict Forms #1 or #2, please complete the following:

We, the jury, find the Plaintiff is entitled to recover compensatory damages for physical, mental and emotional pain and suffering as follows:

Damages:   $_____.


_____              _____
(Presiding Juror)                                                    (Date)